# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 50292 | **DATE** | 8/30/2001 |
| **CASE TITLE** | | U.S.A. vs. Gulley | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____ . Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry]    For the reasons stated on the reverse Memorandum Opinion and Order, defendant's motion to vacate, set aside, or to correct sentence pursuant to 28 U.S.C. § 2255 is summarily denied.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | Document Number |
| | Notices mailed by judge's staff. | | AUG 3 1 2001 | 5 |
| | Notified counsel by telephone. | | date docketed | |
| X | Docketing to mail notices. | | | |
| X | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials | |
| X | Copy to judge/magistrate judge. ✓ | | AUG 3 1 2001 | |
| /SEC | courtroom deputy's initials | 01 AUG 30 PM 3: 40 FILED | date mailed notice mailing deputy initials | |
| | | Date/time received in central Clerk's Office | | |

# MEMORANDUM OPINION AND ORDER

Maurice L. Gulley, a federal prisoner convicted of bank robbery, has filed a motion to vacate, set aside, or to correct sentence pursuant to 28 U.S.C. § 2255. He contends that this court lacked jurisdiction over his original conviction because the indictment failed to specify section 2113(f). He also raises prosecutorial misconduct and ineffective assistance of counsel for the failure to specify this section and to raise it in the district court. Gulley's motion is summarily denied. In his written plea agreement at paragraph 11 and at the guilty plea hearing, Gulley voluntarily and knowingly waived his right to seek post-conviction relief under section 2255. He also does not now claim ineffective assistance of counsel concerning this waiver. Such a waiver if voluntary and no claim is established of ineffective assistance of counsel in connection with negotiating the agreement, is enforceable. Mason v. United States, 211 F.3d 1065 (7th Cir. 2000); Jones v. United States, 167 F.3d 1142 (7th Cir. 1999). Even were the court to examine the issue raised, it is meritless. The indictment does recite that the bank robbed had its deposits "then insured by the Federal Deposit Insurance Corporation" which was stipulated to in the plea agreement. That section 2113(f) itself was also not specified is not required to confer jurisdiction nor has the Seventh Circuit so held. It follows that there is no prosecutorial misconduct or ineffective assistance of counsel as to this issue.

The motion is summarily denied. The application to proceed in forma pauperis is denied as moot because no filing fee is required and appointment of counsel is unnecessary in this summary denial.

AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Western Division

**DOCKETED**
**AUG 31 2001**

United States of America

v.

Maurice L. Gulley

**JUDGMENT IN A CIVIL CASE**

Case Number: 01 C 50292

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendant's motion to vacate, set aside, or to correct sentence pursuant to 28 U.S.C. 2255 is summarily denied.

FILED-WD
01 AUG 30 PM 3:40
CLERK
U.S. DISTRICT COURT

Michael W. Dobbins, Clerk of Court

Date: 8/30/2001

Susan M. Wessman, Deputy Clerk